**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**SUSAN SACHER, ET AL.,**

          Plaintiffs,      20-cv-2562 (JGK)

    - against -                <u>ORDER</u>

**EXACTECH, INC., ET AL.,**

          Defendants.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by **May 29, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 18, 2020**        __/s/ John G. Koeltl_____
                                                **John G. Koeltl**
                                  **United States District Judge**