## [PROPOSED] ORDER

This Court has reviewed and considered the above stipulation among the parties. Based on the representations and the declaration submitted therewith, and for good cause shown, it is hereby ORDERED that the Scheduling Order is modified as follows:

1. The deadline for completion of non-expert depositions shall be extended until June 30, 2021.

These modifications do not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

So Ordered
Dated: 5/26/21

_____
John G. Koeltl
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-21
```